Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

SEP 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

---

| | |
|---|---|
| Docket Number: | 26-6310 |
| Agency Number(s): | A246-265-429 |
| Case Title: | Germosen Rosario v. Blanche |

---

Dear Petitioner(s)

The United States Court of Appeals for the Ninth Circuit has received your petition for review and assigned the docket number above to your case. Please include this docket number on every filing you submit and in any communication you have with the court about this case.

You are the petitioner(s) in this court because you filed the petition for review. You must file an opening brief, and you may file a reply brief after the government files their answering brief. The brief due dates are listed in the attached Briefing Schedule. These dates can be extended only by court order.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## BRIEFING SCHEDULE

| | |
|---|---|
| Docket Number: | 26-6310 |
| Agency Number(s): | A246-265-429 |
| Case Title: | Germosen Rosario v. Blanche |

**11/9/2026**
Todd Blanche — Certified Administrative Record due

**12/17/2026**
Felix Antonio Germosen Rosario — Immigration Petitioner Opening Brief due

**1/18/2027**
Todd Blanche — Immigration Respondent Answering Brief due

The optional reply brief is due 21 days after the answering brief is served. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* 9th Cir. R. 42-1.